34 So.3d 140 (2010)
Jose BARCO, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-1439.
District Court of Appeal of Florida, Third District.
April 21, 2010.
Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Ansley B. Peacock, Assistant Attorney General, for appellee.
Before GERSTEN, SHEPHERD, and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. See § 90.404(1)(a), Fla. Stat. (2001); State v. DiGuilio, 491 So.2d 1129 (Fla.1986).